FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0941-JLS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II) |
| JOSE HERIBERTO RODRIGUEZ-LARES, | - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendant. | |

The United States Attorney charges:

On or about March 11, 2008, within the Southern District of California, defendant JOSE HERIBERTO RODRIGUEZ-LARES, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Fernando Fernandez-Valdivia, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
3/14/08