AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE HERIBERTO RODRIGUEZ-LARES | CASE NUMBER: 08CR0941-JLS |

I, JOSE HERIBERTO RODRIGUEZ-LARES, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __3/27/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Heriberto Rodriguez Lares_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY